AO91 (Rev. 12/03)  Criminal Complaint                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**              **CRIMINAL COMPLAINT**
vs.

Case Number: 7:19-po-07354

Nicolas ESTRADA-Medellin
IAE
Mexico 1987

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 03, 2019__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Nicolas ESTRADA-Medellin was encountered by Border Patrol Agents near Hidalgo, Texas on June 05, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on June 03, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Shears-Jr, Cipriano  Border Patrol Agent
Signature of Complainant

Shears Jr, Cipriano   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 07, 2019  — 8:57 a.m.            at    McAllen, Texas
Date                                          City/State

Juan F Alanis           Magistrate Judge
Name of Judge          Title of Judge               Signature of Judge